# United States District Court
# For The Western District of North Carolina
# Statesville Division

STEVE MORRISON,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:08CV127-1-MU

MATTHEW PENNELL,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2008, Order.

                                                        Signed: November 3, 2008

                                                        Frank G. Johns, Clerk
                                                        United States District Court